# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| v. § | CRIMINAL NO. EP-19-CR-1506-PRM |
| § | |
| ANTONIO ARROYO, JR., § | |
| § | |
| Defendant. § | |

## STIPULATION OF FACTS

Comes now the United States of America, by and through its United States Attorney for the Western District of Texas, and ANTONIO ARROYO, JR., Defendant in the above entitled and numbered cause, individually and by and through his attorney of record, and jointly file this Stipulation of Facts, and said parties represent to the Court that the following facts are stipulated and are not in dispute:

1) Government and Defendant stipulate that the conversion from Coordinated Universal Time (UTC) to Mountain Standard Time (MST) is -7:00 hours.

2) Government and Defendant stipulate that the following GPS coordinates are at or near the following locations:

    a. 31.8587603, -106.6925926 – 150 Industrial Road, Santa Teresa, NM

    b. 31.915, -106.608 – Canutillo La Union Ave, Canutillo, TX.

    c. 31.927, -106.613 – Gallegos Park, Canutillo, TX

Respectfully submitted,

JOHN F. BASH  
UNITED STATES ATTORNEY

By: _____  
CHRISTOPHER K. MANGELS  
Assistant U.S. Attorney

X _____  
ANTONIO ARROYO, Jr.  
Defendant

_____  
ARTHUR WERGE  
Defense Attorney